**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JAMES YOUNG, #10205-017**                                                               **PETITIONER**

**VERSUS**                                 **CIVIL ACTION NO. 5:07-cv-225-DCB-MTP**

**CONSTANCE REESE, Warden**                                              **RESPONDENT**

**ORDER**

This matter is before the Court, *sua sponte*, to review the Petition filed pursuant to 28 U.S.C. § 2241 by federal inmate Young. Upon initial review of the Petition filed, it is hereby,

ORDERED AND ADJUDGED:

1. That Respondent, Constance Reese, file an answer or other responsive pleading in this cause within twenty days of the service of this order.

2. That the United States District Clerk is directed to issue summons to **Constance Reese,** Warden, FCC - Yazoo City, 2255 Haley Barbour Pkwy, Yazoo City, Mississippi 39194.

3. That the United States District Clerk shall serve, by certified mail, a copy of the summons and Petition filed herein, along with a copy of this order upon the **Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi**, 188 E. Capitol St., Suite 500, Jackson, Mississippi 39201; the **Attorney General of the United States**, at 10th Street & Constitution Avenue, Washington, D.C. 20530; and **Constance Reese,** Warden, FCC - Yazoo, P.O. Box 5050, Yazoo City, Mississippi 39194.

4. That the Clerk of Court shall also serve a copy of this order upon **Petitioner** by mailing same to Petitioner's last known address. The Petitioner is warned that his failure to timely

comply with any order of this Court or a failure to keep this Court informed of his current address, may result in the dismissal of this case.

 SO ORDERED, this the 31st day of January, 2008.


        s/Michael T. Parker
        UNITED STATES MAGISTRATE JUDGE