IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES YOUNG, #10205017                                                                PETITIONER

VS.                                                       CIVIL ACTION NO. 5:07-cv-225-DCB-MTP

CONSTANCE REESE, Warden                                               RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that James Young's Petition for a Writ of Habeas Corpus [1] should be dismissed with prejudice and that Constance Reese be substituted with Bruce Pearson, the current Warden at FCC Yazoo City.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice and that Constance Reese be substituted with Bruce Pearson, the current Warden at FCC Yazoo City.

SO ORDERED this the 1st day of September, 2009.

                                                                                s/David Bramlette
                                                                                UNITED STATES DISTRICT JUDGE